■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE JAMES, Appellant. [696 NYS2d 834] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered April 13, 1998, convicting him of burglary in the third degree, petit larceny, criminal possession of stolen property in the fifth degree, and criminal mischief in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of the crimes charged is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence

in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Thompson, J. P., Friedmann, Schmidt and Smith, JJ., concur.